UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:03-CR-00083(01) RM |
| ) | |
| ERIC J. JOHNSON ) | |

## OPINION and ORDER

Eric Johnson is again before the court seeking a reduction of his sentence, this time under Federal Rule of Civil Procedure 60(b). Mr. Johnson says that based on the holdings of <u>Kimbrough v. United States</u>, 128 S. Ct. 558 (2007), and <u>Gall v. United States</u>, 128 S. Ct. 586 (2007), his sentence should be reduced. He notes that his previous motion, which was filed pursuant to 18 U.S.C. § 3582(c)(2) and based on this same argument, was recently decided by the Seventh Circuit Court of Appeals.

Mr. Johnson is correct that his appeal was decided, but a review of his most recent motion confirms that he has set forth no ground that would justify a reduction of his sentence. Mr. Johnson's motion for reduction of his sentence under Federal Rule of Civil Procedure 60(b) [docket # 82] is DENIED. The clerk is directed to forward a copy of the Seventh Circuit's March 13, 2009 decision [docket # 84] to Mr. Johnson together with a copy of this order.

SO ORDERED.

ENTERED:  May 8, 2009

                                              /s/ Robert L. Miller, Jr.
                                              Chief Judge
                                              United States District Court

cc: E. Johnson